[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
DEC 20, 2010
JOHN LEY
CLERK

No. 10-12917
Non-Argument Calendar

_____

D.C. Docket No. 5:07-cr-00004-RS-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

MARTIN B. MOORE,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Florida

_____

(December 20, 2010)

Before BLACK, MARTIN and ANDERSON, Circuit Judges.

PER CURIAM:

Michael Ufferman, appointed counsel for Martin Brandon Moore in

Moore's third direct criminal appeal, has moved to withdraw from further

representation of the appellant and filed a brief pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396 (1967).  Our independent review of the record of Moore's resentencing on Count II reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Moore's sentence is **AFFIRMED**.  Moore's motion to appoint new counsel is **DENIED** as moot.